Order Form (01/2005)
Case: 1:02-cv-03139 Document #: 539 Filed: 01/12/09 Page 1 of 1 PageID #:10717 

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 3139 | **DATE** | 1/12/2009 |
| **CASE TITLE** | Ronald Portis, et al    vs    City of Chicago et al | | |

**DOCKET ENTRY TEXT:**

Defendant City of Chicago's motion [535] to certify interlocutory appeal pursuant to 28 U.S.C. §1292(b) and for stay pending review is granted.

[For further detail see separate order]
[Docketing to mail notice]

00:00



| | Courtroom Deputy | GDS |
|---|---|---|

Page 1 of 1