# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

February 25, 2009

**To:**   Michael W. Dobbins
         District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 09-1498
>
> Caption:
> RONALD PORTIS, individually and on behalf of a class,
> MARDRIC E. LANCE
> and EMMETT LYNCH,
> Plaintiffs - Appellees
>
> v.
>
> CITY OF CHICAGO,
> Defendant - Appellant
>
> District Court No: 1:02-cv-03139
> Clerk/Agency Rep Michael Dobbins
> District Judge Robert Gettleman
> Date NOA filed in District Court: 01/29/2009

If you have any questions regarding this appeal, please call this office.