**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RONALD PORTIS AND MARDRIC E. LANCE, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF CHICAGO, <br><br> Defendant. | Case No. 02 C 3139 <br><br> Judge Thomas M. Durkin |

## **THE CITY OF CHICAGO'S MOTION FOR JUDGMENT AS A MATTER OF LAW**

The City of Chicago respectfully moves this Court for judgment as a matter of law under Fed. R. Civ. P. 50(a) because: (1) plaintiffs have failed to put forth evidence sufficient to show that the length of their detentions from arrest to release were unreasonable in violation of the Fourth Amendment; and (2) plaintiffs have not established that a City official policy or custom caused any deprivation of plaintiffs' Fourth Amendment rights through its deliberate indifference to the known and obvious consequences of its official policy. For these reasons, and those set forth in the attached Memorandum in Support of this motion, plaintiffs' claims fail as a matter of law, and judgment should be entered in favor of the City.

**CONCLUSION**

WHEREFORE, for the reasons explained above, and in the attached Memorandum in Support of this motion, and based on the evidence set forth in the record, the City of Chicago respectfully requests that this Court grant its motion for judgment as a matter of law and enter judgment in its favor.

Dated: October 16, 2013

Respectfully submitted,

*s/ Matthew C. Singer*
June K. Ghezzi, Bar No. 6185506
 jkghezzi@jonesday.com
Brian J. Murray, Bar No. 6272767
 bjmurray@jonesday.com
Morgan R. Hirst, Bar No. 6275128
 mhirst@jonesday.com
Mark W. DeMonte, Bar No. 6282734
 mdemonte@jonesday.com
Matthew C. Singer, Bar No. 6297632
 mcsinger@jonesday.com
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601-1692
(312) 782-3939

ATTORNEYS FOR THE DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following at their e-mail address on file with the Court:

Thomas G. Morrissey
10249 S. Western Avenue
Chicago, Illinois 60643
(773) 239-0387

Mark G. Weinberg
3612 N. Tripp Avenue
Chicago, Illinois 60641
(773) 283-4878

Robert H. Farley, Jr.
1155 S. Washington Street
Naperville, Illinois 60540
(630) 369-0195

Judson H. Miner
Miner, Barnhill & Galland
14 West Erie Street
Chicago, IL 60610
(312) 751-0438

Michael Kanovitz
Loevy & Loevy
312 N. May St., Suite 100
Chicago, IL 60607
(312) 243-5902

*s/ Matthew C. Singer*
Matthew C. Singer